# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

**DATE:**  January 23, 2023      **DAY:** 1      **CASE NO.** 3:21-CR-30003-DWD

**PRESIDING:**  HONORABLE DAVID W. DUGAN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **REPORTER:** Erikia Schuster |
| ) | |
| **v.** ) | **COURTROOM DEPUTY:** Dana Winkeler |
| ) | |
| **FRANK SMITH,** ) | **TIME:** 9:30 A.M. – 4:05 P.M. |
| **WARREN GRIFFIN,** ) | |
| **SEAN CLEMON,** ) | **JURY PRESENT:** 12:45 P.M. – 4:00 P.M. |
| **DOMINQUE MAXWELL,** ) | |
| ) | |
| **Defendants.** ) | |

**APPEARANCES:**

Counsel for Government:   Jeremy Franker, Alexander Gottfried, Christopher Usher
Counsel for Defendants:    William Margulis, Michael Ghidina (Frank Smith), Paul Sims, Bobby Bailey (Dominque Maxwell), Kim Freter, David Bruns (Warren Griffin), John Stobbs, II, Dan Schattnik (Sean Clemon)

Cause called for day 1 of jury trial with parties and counsel present.

Voir dire held.

Parties and counsel present.
42 jurors called for the first session of voir dire.

Jury selection to continue on **Tuesday, January 24, 2023, at 9:00 a.m.**