IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF JURY TRIAL

DATE: March 6, 2023     DAY: 23     CASE NO. 3:21-CR-30003-DWD

PRESIDING: HONORABLE DAVID W. DUGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | REPORTER: Erikia Schuster |
| v. ) | COURTROOM DEPUTY: Dana Winkeler |
| FRANK SMITH, ) | TIME: 8:40 A.M. – 4:12 P.M. |
| WARREN GRIFFIN, ) | |
| SEAN CLEMON, ) | JURY PRESENT: 8:43 A.M. – 4:11 P.M. |
| DOMINQUE MAXWELL, ) | |
| Defendants. ) | |

**APPEARANCES:**
Counsel for Government:   Jeremy Franker, Alexander Gottfried, Christopher Usher
Counsel for Defendants:   William Margulis, Michael Ghidina (Frank Smith), Paul Sims, Bobby Bailey (Dominque Maxwell), Kim Freter, David Bruns (Warren Griffin), John Stobbs, II, Dan Schattnik (Sean Clemon)

Cause called for day 23 of jury trial with parties and counsel present.

**FINAL ARGUMENT:**
Jeremy Franker on behalf of the Government. (8:43 a.m. – 10:41 a.m.)

MARSHAL SWORN: ☒

JURY RETIRES:  12:11 p.m.        JURY RETURNS:  3:59 p.m.

Verdict given to Court: ☒   Verdict Read: ☒   Jury Polled: ☒

Verdict: Defendant Frank Smith is found **GUILTY** as to Counts 1, 2, 3, 4, 5 and 6. Defendant Warren Griffin is found **GUILTY** as to Counts 1, 11, 12, and 13.   Defendant Sean Clemon is found **GUILTY** as to Counts 1, 2, 3, 4, 5 and 6. Defendant Dominique Maxwell is found **GUILTY** as to Counts 1, 2, 3, 4, 5 and 6.   The Government will be moving to dismiss Counts 7, 8, 9 and 10 at the appropriate time.

JURY EXCUSED:   4:11 p.m.

Matter referred to U.S. Probation for a presentence investigation report.

Order for Presentence Procedure to be issued and filed.   Sentencing hearings to be set by separate Order.

Defendants are remanded to the custody of USMS.

TRIAL CONCLUDED.

EXHIBITS RETURNED:   ☒