IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:21-CR30003-DWD |
| FRANK SMITH, ) | |
| Defendant, ) | |

WE THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### Count One: Racketeering Conspiracy

How do you find the defendant, **Frank Smith**, as to Count One, racketeering conspiracy?

NOT GUILTY_____    GUILTY__✓__

### Special Finding:

1. If you find the defendant, **Frank Smith**, guilty of Count One, do you find that the defendant knowingly caused the death of Leroy Allen or with the purpose of causing serious physical injury to another person caused the death of Leroy Allen?

No_____    Yes__✓__

### Count Two: Murder in Aid of Racketeering

How do you find the defendant, **Frank Smith**, as to the charge of murder in aid of racketeering in Count Two, relating to the death of Leroy Allen?

NOT GUILTY_____    GUILTY__✓__

### Count Three: Use of a Firearm During and in Relation to a Crime of Violence

1. How do you find the defendant, **Frank Smith**, as to the charge of use or carrying of a firearm during and in relation to a crime of violence (that is, the murder of Leroy Allen) in Count Three?

NOT GUILTY_____    GUILTY__✓__

2. As to Count Three, was the firearm discharged?

No_____          Yes___✓___

3. As to Count Three, was the firearm brandished?

No_____          Yes___✓___

**Count Four: Use of a Firearm During and in Relation to a Crime of Violence Causing Death**

How do you find the defendant, **Frank Smith**, as to the charge of use or carrying of a firearm during and in relation to a crime of violence causing death (that is, the murder of Leroy Allen) in Count Four?

NOT GUILTY_____          GUILTY___✓___

2. As to Count Five, was the firearm discharged?

No_____          Yes___✓___

3. As to Count Five, was the firearm brandished?

No_____          Yes___✓___

**Count Five: Attempted Murder in Aid of Racketeering**

How do you find the defendant, **Frank Smith** as to the charge of attempted murder in aid of racketeering in Count Five, relating to victim Dushawn Wharton?

NOT GUILTY_____          GUILTY___✓___

**Count Six: Use of a Firearm During and in Relation to a Crime of Violence**

How do you find the defendant, **Frank Smith**, as to the charge of use and carry of a firearm during and in relation to a crime of violence (that is, the attempted murder of Dushawn Wharton) in Count Six?

NOT GUILTY_____          GUILTY___✓___

**The foregoing constitutes the unanimous verdict of the jury.**

Date_____3/6/2023_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-CR30003-DWD |
| ) | |
| WARREN GRIFFIN . ) | |
| ) | |
| Defendant, ) | |

WE THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

**Count One: Racketeering Conspiracy**

How do you find the defendant, **Warren Griffin**, as to Count One, racketeering conspiracy?

NOT GUILTY_____        GUILTY__✓__

**Special Finding:**

1. If you find the defendant, **Warren Griffin**, guilty of Count One, do you find that the defendant killed Ernest Wilson without lawful justification in performing the acts which caused the death, and that the murder was committed in a cold, calculated and premeditated manner pursuant to a preconceived plan, scheme and design to take a human life by unlawful means?

No_____        Yes__✓__

**Count Eleven: Murder in Aid of Racketeering**

How do you find the defendant, **Warren Griffin**, as to the charge of murder in aid of racketeering in Count Eleven, relating to the death of Earnest Wilson?

NOT GUILTY_____        GUILTY__✓__

**Count Twelve: Use of a Firearm During and in Relation to a Crime of Violence**

1. How do you find the defendant, **Warren Griffin**, as to the charge of use or carry of a firearm during and in relation to a crime of violence (that is, the murder of Earnest Wilson) in Count Twelve?

NOT GUILTY_____          GUILTY ✓

2. As to Count Twelve, was the firearm discharged?

No_____          Yes ✓

3. As to Count Twelve, was the firearm brandished?

No_____          Yes ✓

**Count Thirteen: Use of a Firearm During and in Relation to a Crime of Violence Causing Death**

How do you find the defendant, **Warren Griffin**, as to the charge of use and carry of a firearm causing death during and in relation to a crime of violence (that is, the murder of Earnest Wilson) in Count Thirteen?

NOT GUILTY_____          GUILTY ✓

**The foregoing constitutes the unanimous verdict of the jury.**

Date____3/6/2023____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-CR30003-DWD |
| ) | |
| SEAN CLEMON,   . ) | |
| ) | |
| Defendant, ) | |

WE THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

**Count One: Racketeering Conspiracy**

How do you find the defendant, **Sean Clemon**, as to Count One, racketeering conspiracy?

NOT GUILTY_____          GUILTY ✓

**Special Finding:**

1. If you find the defendant, **Sean Clemon**, guilty of Count One, do you find that the defendant knowingly caused the death of Leroy Allen or with the purpose of causing serious physical injury to another person caused the death of Leroy Allen?

No_____          Yes ✓

**Count Two: Murder in Aid of Racketeering**

How do you find the defendant, **Sean Clemon**, as to the charge of murder in aid of racketeering in Count Two, relating to the death of Leroy Allen?

NOT GUILTY_____          GUILTY ✓

**Count Three: Use of a Firearm During and in Relation to a Crime of Violence**

1. How do you find the defendant, **Sean Clemon**, as to the charge of use and carry of a firearm during and in relation to a crime of violence (that is, the murder of Leroy Allen) in Count Three?

NOT GUILTY_____          GUILTY ✓

2. As to Count Three, was the firearm discharged?

No_____                    Yes____✓____

3. As to Count Three, was the firearm brandished?

No_____                    Yes____✓____

**Count Four: Use of a Firearm During and in Relation to a Crime of Violence Causing Death**

How do you find the defendant, **Sean Clemon**, as to the charge of use and carry of a firearm causing death during and in relation to a crime of violence (that is, the murder of Leroy Allen) in Count Four?

NOT GUILTY_____                    GUILTY__✓____

**Count Five: Attempted Murder in Aid of Racketeering**

1. How do you find the defendant, **Sean Clemon,** as to the charge of attempted murder in aid of racketeering in Count Five, relating to victim D. W.?

NOT GUILTY_____                    GUILTY__✓____

2. As to Count Five, was the firearm discharged?

No_____                    Yes____✓____

3. As to Count Five, was the firearm brandished?

No_____                    Yes____✓____

**Count Six: Use of a Firearm During and in Relation to a Crime of Violence**

How do you find the defendant, **Sean Clemon,** as to the charge of use and carry of a firearm during and in relation to a crime of violence (that is, the attempted murder of D. W.) in Count Six?

NOT GUILTY\_\_\_\_\_             GUILTY__✓__

**The foregoing constitutes the unanimous verdict of the jury.**

Date\_\_\_\_3/6/2023\_\_\_\_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-CR30003-DWD |
| ) | |
| DOMINIQUE MAXWELL, . ) | |
| ) | |
| Defendant, ) | |

WE THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

**Count One: Racketeering Conspiracy**

How do you find the defendant, **Dominique Maxwell**, as to Count One, racketeering conspiracy?

NOT GUILTY_____          GUILTY ✓_____

**Special Finding:**

1.   If you find the defendant, **Dominique Maxwell**, guilty of Count One, do you find that the defendant knowingly caused the death of Leroy Allen or with the purpose of causing serious physical injury to another person caused the death of Leroy Allen?

No_____          Yes ✓_____

**Count Two: Murder in Aid of Racketeering**

How do you find the defendant, **Dominique Maxwell**, as to the charge of murder in aid of racketeering in Count Two, relating to the death of Leroy Allen?

NOT GUILTY_____          GUILTY ✓_____

**Count Three: Use of a Firearm During and in Relation to a Crime of Violence**

1. How do you find the defendant, **Dominique Maxwell**, as to the charge of use of a firearm during and in relation to a crime of violence (that is, the murder of Leroy Allen) in Count Three?

NOT GUILTY_____          GUILTY ✓_____

2. As to Count Three, was the firearm discharged?

No_____          Yes___✓___

3. As to Count Three, was the firearm brandished?

No_____          Yes___✓___

**Count Four: Use of a Firearm During and in Relation to a Crime of Violence Causing Death**

How do you find the defendant, **Dominique Maxwell**, as to the charge of use and carry of a firearm causing death during and in relation to a crime of violence (that is, the murder of Leroy Allen) in Count Four?

NOT GUILTY_____          GUILTY___✓_____

**Count Five: Attempted Murder in Aid of Racketeering**

1. How do you find the defendant, **Dominique Maxwell**, as to the charge of attempted murder in aid of racketeering in Count Five, relating to victim D. W.?

NOT GUILTY_____          GUILTY___✓_____

2. As to Count Five, was the firearm discharged?

No_____          Yes___✓___

3. As to Count Five, was the firearm brandished?

No_____          Yes___✓___

**Count Six: Use of a Firearm During and in Relation to a Crime of Violence**

How do you find the defendant, **Dominique Maxwell**, as to the charge of use and carry of a firearm during and in relation to a crime of violence (that is, the attempted murder of D. W.) in Count Six?

NOT GUILTY_____          GUILTY___✓____

**The foregoing constitutes the unanimous verdict of the jury.**

Date____3/6/2023____