IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:21-CR-30003-DWD |
| ) | |
| FRANK SMITH, ET AL, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR RELEASE OF EXHIBITS**

It is hereby stipulated by and between plaintiff and defendant, through their respective attorneys, that the exhibits tendered in the above-styled matter be released to the care, custody, and control of the attorney of record for each party, until final judgment, appeal, or motion for new trial has passed.

It is further stipulated that the undersigned attorneys are designated as custodians of the exhibits listed on the attached Exhibit List, and that upon request of the Clerk of Court, they shall deliver said exhibit(s) to the Clerk forthwith.

_____
Attorney for Government

_____
Attorney for Defendant Smith

_____
Attorney for Defendant Griffin

_____
Attorney for Defendant Clemon

_____
Attorney for Defendant Maxwell